UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE MASCARENO-MARTINEZ,<br><br>Defendant. | Case No. 08CR1034-GT-1<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the *Revocation of Supervised Release* Hearing currently set for July 30, 2012 at 9:30 a.m., be continued to August 27, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 7-27-12

**HONORABLE GORDON THOMPSON, JR.**
United States District Court
FILED JUL 27 2012 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY